911

No. 764. County School Board of Arlington County, Virginia, et al. v. Thompson et al. C. A. 4th Cir. Certiorari denied. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Henry T. Wickham,* Special Assistant to the Attorney General, and *James H. Simmonds* for petitioners. *Edwin C. Brown, Oliver W. Hill, Robert L. Carter, Thurgood Marshall* and *Spottswood W. Robinson, III,* for respondents.

No. 768. Gray Line Co. v. Grandquist, District Director of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Eugene Gressman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 771. Long Island Rail Road Co. v. Central Islip Cooperative G. L. F. Service, Inc. C. A. 2d Cir. Certiorari denied. *Otto M. Buerger* and *William J. O'Brien* for petitioner. *Oscar A. Thompson* for respondent.

No. 774. Broadwell et al. v. Ohio. Supreme Court of Ohio. Certiorari denied. *Robert M. Krewson* and *Charles O. Pratt* for petitioners. *Saul S. Danaceau* for respondent.

No. 788. Ginsburg v. Black et al. C. A. 7th Cir. Certiorari denied. *Paul Ginsburg* for petitioner. *Thomas A. Reynolds, pro se* and for the other respondents.

No. 802. E. L. Farmer & Co. v. Hooks et al. C. A. 10th Cir. Certiorari denied. *Warren E. Magee* for petitioner.